**No. 57794**—S. H. Pomerance Co., Inc. *v.* United States, protest 215240–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, JANUARY 26, 1954

**No. 57795.**—Salem Linen Mills *v.* United States, protests 194526–K and 194527–K (Portland, Oreg.).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 57796.**—Tinsel Trading Co. *v.* United States, protest 214055–K (New York).

Opinion by FORD, J.   An examination of the official record failing to disclose any reason for disturbing the presumptively correct classification of the collector, the protest was overruled.